IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re the Matter of the WALTER and MYRTIS REVELL REVOCABLE TRUST,<br>_____ | )<br>)<br>)<br>) | 2:12-cv-01428-GEB-JFM |
| MYRTIS P. REVELL, | )<br>) | ORDER |
| Plaintiff, | ) | |
| v. | )<br>) | |
| TERREL L. YUKI; METROPOLITAN LIFE INSURANCE COMPANY, | )<br>)<br>) | |
| Defendants,<br>_____ | )<br>) | |
| TERREL L. YUKI, | )<br>) | |
| Plaintiff, | ) | |
| v. | )<br>) | |
| MYRTIS P. REVELL, individually and Trustee, Walter and Myrtis Revell Revocable Trust, | )<br>)<br>)<br>) | |
| Defendant,<br>_____ | )<br>) | |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, | )<br>)<br>) | |
| Cross-Plaintiff, | ) | |
| v. | )<br>) | |
| MYRTIS P. REVELL, as an Individual and as Trustee of the Walter and Myrtis Revell Revocable Trust dated October 26, 2006; and TERREL L. YUKI, as | )<br>)<br>)<br>)<br>)<br>) | |

1

Trustee of the Walter V.                    )
Revell Family Trust dated                   )
December 11, 1989,                           )
                                            )
                        Cross-Defendants,   )
_____            )
                                            )
TERREL L. YUKI, Trustee of the             )
Walter V. Revell Family Trust,             )
                                            )
                        Third-Party         )
                        Plaintiff,          )
                                            )
              v.                            )
                                            )
CHEVRON CORPORATION, a Delaware            )
Corporation,                               )
                                            )
                        Third-Party         )
                        Defendant.          )
_____            )

On June 20, 2012, Cross-Complainant in Interpleader Metropolitan Life Insurance Company ("MetLife") filed an application in which it seeks leave to file a Motion for Discharge on shortened time. (ECF No. 16.) In support of the request, MetLife's counsel declares in relevant part as follows:

> 2. On May 11, 2012, MetLife filed a Motion For Discharge and Release, Injunctive Relief and Reimbursement of Reasonable Attorneys' Fees and Costs in Butte County Superior Court. MetLife noticed the motion for a June 7, 2012 hearing. . . .

> 3. On May 24, 2012, Respondent/Cross-Defendant/Cross-Complainant Terrel L. Yuki ("Yuki") filed an opposition to MetLife's motion in Butte County Superior Court. . . .

> 4. Cross-Defendant Chevron Corporation removed this action from Butte County Superior Court to this Court on or about May 25, 2012. The removal occurred while MetLife's motion was pending and before MetLife had filed its reply in support of the motion, which was due May 31, 2012, and before the (state) Court could hear the motion, which was scheduled for June 7, 2012.

5.    On June 11, 2012, I spoke with counsel for Respondent Terrel L. Yuki ("Yuki"), Tamara Trulin, Esq., regarding this application. Ms. Trulin indicated that Yuki would not oppose the application.

6.    On June 11, 2012, I emailed counsel for Cross-Defendant Chevron Corporation, Jinnifer Pitcher, Esq., regarding this application. On June 12, 2012, I received a response email from Ms. Pitcher indicating that Chevron Corporation would not oppose this application.

7.    On June 12, 2012, I spoke with counsel for Petitioner Myrtis P. Revell ("Revell"), David Griffith, Esq., regarding this application. Mr. Griffith indicated that Revell would not oppose this application.

(Decl. of James Hazlehurst ¶¶ 2-7, ECF No. 16-1.)

Mr. Hazlehurst's averments do not show circumstances "justify[ing] the issuance of an order [on] shorten[ed] time[,]" or satisfactorily explain "the need for the issuance of [the requested] order[.]" E.D. Cal. R. 144(e). Therefore, MetLife's Application is denied.

Dated:  June 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge